IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **KIM JOHNSON-HOWARD** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 8:19-CV-00614-JRR |
| : | |
| **AECOM SPECIAL MISSIONS** : | |
| **SERVICES, INC.** *et al.* : | |
| : | |
| **Defendants.** : | |
| : | |

## JOINT STATUS REPORT

The Parties hereby advise the Court that they have come to an agreement in principle to settle this matter at private mediation on January 17, 2024. The Parties are in the process of drafting a settlement agreement. Once the settlement is finalized and paid, the Parties will be in a position to dismiss this matter and will advise the court of the same.

DATED this 24th of January, 2024

Respectfully submitted,

KOONZ MCKENNEY JOHNSON & DEPAOLIS LLP

*/s/ Kasey K. Murray*

_____
Kasey K. Murray Bar No. 19091
2001 Pennsylvania Avenue, NW
Suite 530
Washington, D.C. 20006
(202) 659-5500
kmurray@koonz.com
*Attorney for Plaintiff*

{01212157;v1}1

KIERNAN TREBACH LLP

*/s/ Dawn S. Singleton*

_____
Dawn Singleton  (Federal I.D. No. 16696)
1233 20th Street, N.W. 8th Floor
Washington, D.C. 20036
(202) 712-7000 [tel]
(202) 712-7100 [fax]
dsingleton@kiernantrebach.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of January, 2024 the foregoing Joint Status Report was was filed and served through the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and LCvR 102(1)(c) to the following:

> Dawn Singleton  (Federal I.D. No. 16696)
> 1233 20th Street, N.W. 8th Floor
> Washington, D.C. 20036
> (202) 712-7000 [tel]
> (202) 712-7100 [fax]
> dsingleton@kiernantrebach.com

/s/Kasey K. Murray_____
Kasey K. Murray