## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### Southern Division

| | |
|---|---|
| **KIM JOHNSON-HOWARD** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **Case No. 8:19-CV-00614-JRR** |
| : | |
| **AECOM SPECIAL MISSIONS** : | |
| **SERVICES, INC.** *et al.* : | |
| : | |
| **Defendants.** : | |
| : | |

## FINAL DISMISSAL ORDER

CAME THIS DAY the parties, by undersigned Counsel, and jointly request pursuant to

Federal Rule of Civil Procedure 41(a)(2) that the matter be dismissed with prejudice, as the

parties have reached a settlement in the matter, with each party bearing their own costs and

fees, It is hereby:

ADJUDGED, ORDERED, and DECREED that this action in its entirety is dismissed

with prejudice.

The Clerk is directed to provide a certified copy of this Order, following entry, to all

counsel of record herein.

DATE: March 18, 2024

_____
/s/
Julie R. Rubin
United States District Judge

Respectfully submitted,

KOONZ MCKENNEY JOHNSON & DEPAOLIS LLP

*/s/ Kasey K. Murray*

_____

Kasey K. Murray Bar No. 19091
2001 Pennsylvania Avenue, NW
Suite 530
Washington, D.C. 20006
(202) 659-5500
kmurray@koonz.com
*Attorney for Plaintiff*

KIERNAN TREBACH LLP

*/s/ Alan S. Block*

_____

Alan S. Block
1233 20th Street, N.W. 8th Floor
Washington, D.C. 20036
(202) 712-7000 [tel]
(202) 712-7100 [fax]
ablock@kiernantrebach.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of March, 2024 a copy of the foregoing was

filed and served through the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and

LCvR 102(1)(c) to the following:

> Alan S. Block
> 1233 20th Street, N.W. 8th Floor
> Washington, D.C. 20036
> (202) 712-7000 [tel]
> (202) 712-7100 [fax]
> dsingleton@kiernantrebach.com

/s/Kasey K. Murray_____
Kasey K. Murray